Michael A. SPIVEY, Plaintiff–
Appellant,

v.

RESEARCH TRIANGLE REGIONAL PUBLIC TRANSPORTATION AUTHORITY, d/b/a Triangle Transit, Defendant–Appellee.

No. 15–2173.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: Feb. 29, 2016.

Michael A. Spivey, Appellant Pro Se. Kevin Scott Joyner, Kimberly Joyce Lehmann, Ogletree Deakins Nash Smoak & Stewart, PC, Raleigh, North Carolina, for Appellee.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Spivey appeals the district court's order dismissing his complaint alleging disability discrimination and retaliation. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Spivey's informal brief does not challenge the basis for the district court's disposition, Spivey has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*